| | |
|---|---|
| **LAW OFFICE OF DALE K. GALIPO**<br>DALE K. GALIPO, SBN 144074<br>MELANIE T. PARTOW, SBN 254843<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118<br><br>**LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, State Bar #127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678<br><br>Attorneys for Plaintiff<br>AARON D. SANDERS, individually and as successor in interest to EDDIE ICHIRO SANDERS, Deceased | **PORTER SCOTT**<br>A PROFESSIONAL CORPORATION<br>Carl L. Fessenden, SBN 161494<br>Barakah M. Amaral, SBN 298726<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481<br>FAX: 916.927.3706<br><br>Attorneys for Defendants<br>HENRY ABE, TAMARA PESCI, ALAN GARZA, and COUNTY OF YUBA |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SANDERS, individually and as successor in interest to EDDIE ICHIRO SANDERS, Deceased;<br><br>               Plaintiff,<br>  vs.<br><br>HENRY ABE, an individual; TAMARA PESCI, an individual; ALAN GARZA, an individual; and COUNTY OF YUBA, a municipality,<br><br>               Defendants.<br>_____/ | CASE NO. 2:18-cv-02789-WBS-DMC<br><br>**ORDER SETTING<br>AN EARLY SETTLEMENT<br>CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE KENDALL J. NEWMAN**<br><br>Pretrial Conference: November 23, 2020<br>Trial:               January 26, 2021 |

///
///
///
///

1    PURSUANT TO THE STIPULATION OF THE PARTIES, this matter shall be set
2 for an early settlement conference to be conducted before United States Magistrate Judge
3 Kendall J. Newman on July 26, 2019 at 9:00 a.m. in Courtroom 25 of the United States
4 District Court located at 501 I Street, Sacramento, CA 95814.
5    **IT IS SO ORDERED.**

Dated:  May 23, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE