| | |
|---|---|
| **LAW OFFICE OF DALE K. GALIPO**<br>DALE K. GALIPO, SBN 144074<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118<br><br>**LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, State Bar #127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678<br><br>Attorneys for Plaintiff<br>AARON D. SANDERS, individually and as successor in interest to EDDIE ICHIRO SANDERS, Deceased | **PORTER SCOTT**<br>A PROFESSIONAL CORPORATION<br>Carl L. Fessenden, SBN 161494<br>Barakah M. Amaral, SBN 298726<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481<br>FAX: 916.927.3706<br><br>Attorneys for Defendants<br>HENRY ABE, TAMARA PESCI,<br>ALAN GARZA, and COUNTY OF YUBA |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SANDERS, individually and as successor in interest to EDDIE ICHIRO SANDERS, Deceased;<br><br>  Plaintiff,<br><br>vs.<br><br>HENRY ABE, an individual; TAMARA PESCI, an individual; ALAN GARZA, an individual; and COUNTY OF YUBA, a municipality,<br><br>  Defendants. | CASE NO. 2:18-cv-02789-WBS-DMC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated: October 15, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE